**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>    Petitioner,<br><br> vs.<br><br>GREG LEWIS, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-08664 VAP (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 23, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE