**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>   Petitioner,<br><br>vs.<br><br>GREG LEWIS, WARDEN,<br><br>   Respondent. | CASE NO. CV 12-08664 VAP (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RAFAEL SALAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 23, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE